IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NWESTERN DIVISION
NO. 5:22-CR-151-D-RN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | Docket Entry 42 |
| | ) | |
| DONOVAN BAILEY MCCRIMMON, | ) | |

On the motion of the Defendant, Donovan Bailey McCrimmon, and for good cause shown, it is ORDERED that Docket Entry 42 in this matter be sealed until further notice of this Court. The grounds for this Order are found at Docket Entry 42.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by this Court.

SO ORDERED, this the __30__ day of October 2023.

_____
James C. Dever III
United States District Court Judge